UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------X
GEORGE FOSTER-BEY
     Plaintiff,

v.                                    Civil No. 3:02CV00618 (MRK)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
     Defendant
-------------------------------------------------X
```

FILED
DEC 11  3 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME

The parties respectfully request an enlargement of time from January 16, 2004 until February 3, 2004 to file their Joint Trial Memorandum for the reason that, since the status conference with the court, a settlement conference was scheduled for January 20, 2004. In view of the conference, the parties would like to devote their attention and resources to the prospect of settlement, if possible. A two week enlargement of time would not otherwise delay the Scheduling Order. The parties conferred on December 5, 2003 and agreed to file this joint request at that time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY,

BY:  *Anna V. Crawford*
     Anna V. Crawford
     Special Assistant U.S. Attorney
     United States Postal Service
     8 Griffin Road North
     Windsor, CT 06006-0170
     Federal Bar No. ct01394
     Tel. (860) 285-7309

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Assented to Motion for Enlargement of Time was sent this 9th day of December, 2003 by first class mail to the following counsel of record:

Marc L. Glenn, Esq.
Law Office of J. Martyn Philpot, Jr., LLC
409 Orange St.
New Haven, CT 06511

*Anna V. Crawford*
Anna V. Crawford

2