UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 12 P 4: 20

U.S. DISTRICT COURT
NEW HAVEN, CONN.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GEORGE FOSTER-BEY          \*
    Plaintiff         \* CIVIL NO. 3:02CV00618 (MRK)
                      \*
VS.                        \*
                      \*
JOHN E. POTTER,            \*
POSTMASTER GENERAL,        \*
UNITED STATES POSTAL       \*
SERVICE                    \*
    Defendant         \* DECEMBER 12, 2003
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME REGARDING THE JOINT TRIAL MEMORANDUM

The plaintiff, George Foster-Bey, hereby respectfully responds to defendant's Motion for Enlargement of Time, dated December 9, 2003. By way of clarification, and so that the record is accurate, while the plaintiff does not object to defendant's request for an enlargement of time from January 16, 2004 until February 3, 2004 to file the Joint Trial Memorandum in the instant matter, the plaintiff, through counsel, never agreed to file a joint request for enlargement of time.

Upon telephoning Attorney Crawford to clarify this apparent misunderstanding, it is fair to say that while the miscommunication was acknowledged by defendant's counsel, the onus was left to the undersigned to clarify the record.

2

PLAINTIFF, GEORGE FOSTER-BEY

BY: _____
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511
Tel. No. (203) 624-4666
Federal No. ct05747
His Attorneys

### CERTIFICATION

I hereby certify that a copy of the foregoing Response was mailed, postage prepaid, this date to:

Anna V. Crawford
Special Assistant U.S. Attorney
Northeast Area Law Office
United States Postal Service
8 Griffin Road North
Windsor, CT 06606-0170

_____
W. Martyn Philpot, Jr.

\employ\foster-bey.response12-12-03