UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 15  3 32 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GEORGE FOSTER-BEY  *
  Plaintiff  * CIVIL NO. 3:02CV00618 (MRK)
    *
VS.  *
    *
JOHN E. POTTER,  *
POSTMASTER GENERAL,  *
UNITED STATES POSTAL  *
SERVICE  *
  Defendant  * DECEMBER 15, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
the plaintiff, George Foster-Bey

December 15, 2003
Date

*[Signature]*
Signature

CT 05747

W. Martyn Philpot, Jr.
Print Name

Law Office of W. Martyn Philpot, Jr., LLC
Firm Name

409 Orange Street
Address

New Haven, CT 06511
City State Zip Code

(203) 624-4666
Phone Number

I hereby certify that copies have been mailed/handed to counsel of record as listed below, this date: to: Anna V. Crawford, Special Assistant U.S. Attorney, Northeast Area Law Office, United States Postal Service, 8 Griffin Road North, Windsor, CT 06606-0170.

*[Signature]*
W. Martyn Philpot, Jr.