UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

January 20, 2004

10:00 A.M.

*Held 10:10 - 12:00 (1 hr. 50 min)*

PARTIES MUST BE AVAILABLE BY TELEPHONE
IF THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02CV618(MRK)**   (MRK)   **Foster-Bey v. Potter**

| | |
|---|---|
| ✓ Anna V. Crawford<br>U.S. Postal Service<br>The Windsor Law Office<br>8 Griffin Rd. North<br>Windsor, CT 06006-0170<br>285-7095 | John Potter |
| Marc L. Glenn<br>Law Offices of W. Martyn Philpot, Jr., LLC<br>409 Orange St.<br>New Haven, CT 06511-6406<br>203-624-4666<br>203-624-5050 (fax)<br>philpot.law@snet.net | George Foster-Bey |
| ✓ W. Martyn Philpot, Jr.<br>Law Offices of W. Martyn Philpot, Jr., LLC<br>409 Orange St.<br>New Haven, CT 06511-6406<br>203-624-4666<br>203-624-5050 (fax)<br>philpot.law@snet.net | George Foster-Bey |

✓ *Rich Uluski - Postal Service*
✓ *Mr. & Mrs. Foster-Bey*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK