UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GEORGE FOSTER-BEY | \* |
|     Plaintiff | \* CIVIL NO. 3:02CV00618 (MRK) |
| | \* |
| VS. | \* |
| | \* |
| JOHN E. POTTER, | \* |
| POSTMASTER GENERAL, | \* |
| UNITED STATES POSTAL | \* |
| SERVICE | \* |
|     Defendant | \* JANUARY 30, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME**

Pursuant to L.Civ. R. 7(b), the plaintiff, George Foster-Bey, respectfully requests an extension of time of seven (7) days, up to and including February 10, 2004, in which to file the parties' Joint Trial Memorandum. As grounds for the instant motion, plaintiff offers the following:

1.  The Joint Trial Memorandum regarding the above-captioned matter is due on or before February 3, 2004. However, subsequent to the settlement conference before the Honorable Joan C. Margolis, U.S. Magistrate Judge, significant progress had been made concerning a settlement agreement.

2.  While acknowledging that a final agreement has not been reached, the requested extension will permit full exhaustion of settlement efforts while the parties continue to prepare the Joint Trial Memorandum. Additionally, the instant motion does not seek to modify the pending scheduling order relative to jury selection and the presentation of evidence.

2

3. The instant request is the plaintiff's first request concerning the Joint Trial Memorandum and second overall. The undersigned counsel has communicated with opposing counsel, Anna V. Crawford, and there is no objection.

PLAINTIFF, GEORGE FOSTER-BEY

BY: *Marc L. Glenn* (signature)
Marc L. Glenn
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511
Tel. No. (203) 624-4666
Federal No. ct21369
His Attorneys

### CERTIFICATION

I hereby certify that a copy of the foregoing Response was mailed, postage prepaid, this date to:

Anna V. Crawford
Special Assistant U.S. Attorney
Northeast Area Law Office
United States Postal Service
8 Griffin Road North
Windsor, CT 06606-0170

*Marc L. Glenn* (signature)
Marc L. Glenn

\employ\foster-bey.ext1-30-04