UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE FOSTER-BEY | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV618(MRK) |
| v. | : | |
| | : | |
| JOHN POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | : : : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Unopposed Motion For Extension Of Time [Doc. #52] is hereby **GRANTED**.

Parties shall file their Joint Trial Memorandum on or before **February 10, 2004**.


IT IS SO ORDERED.


/s/        Mark R. Kravitz
          U.S.D.J.


Dated at New Haven, Connecticut: **February 3, 2004**.