UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
GEORGE FOSTER-BEY
    Plaintiff,

v.                                             Civil No. 3:02CV00618 (MRK)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant.
---------------------------------------------------------X

## JURY INTERROGATORIES AND FORM

We the Jury, duly impaneled and sworn in the above-entitled action, upon our oaths, answer the following questions:

1. Do you find based on a preponderance of the evidence that George Foster-Bey suffered an adverse action.

    \_\_\_\_\_Yes                  \_\_\_\_\_ No

*If your answer is Yes, go to Question No. 2.*

*If your answer is No, have the Foreperson enter a verdict for the Defendant, Postal Service, on Count One, and sign the Verdict forms.*

2. Do you find based on a preponderance of the evidence that the Postal Service articulated legitimate, non-discriminatory reasons for its actions relative to the Plaintiff, George Foster-Bey?

    \_\_\_\_\_Yes                  \_\_\_\_\_ No

*Go to Question No. 3.*

## **Count One**

3.     Do you find based on a preponderance of the evidence that the reasons articulated by the Postal Service were pretext for race discrimination?

     _____Yes                    _____ No

*If your answer is Yes, go to Question No. 4.*

*If your answer is No, then enter a verdict for the Defendant, Postal Service, on Count One and sign the Verdict form for Count One.*

4.     What amount of compensatory damages, if any, has the Plaintiff proven by a preponderance of evidence to have been proximately caused by Defendant's discrimination?

     $_____

*Enter the amount on the Verdict form for the Plaintiff, George Foster-Bey, on Count One.*

UNITED STATES DISTRICT CURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
GEORGE FOSTER-BEY
    Plaintiff,

    v.                                              Civil No. 3:02CV00618 (MRK)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant.
---------------------------------------------------------X

## **COUNT ONE – VERDICT FORM**

    We the Jury, duly impaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Defendant, John E. Potter, Postmaster General, against Plaintiff, George Foster-Bey as to Count One, race discrimination.

1._____          7._____

2._____          8._____

3._____          9._____

4._____          10._____

5._____          11._____

6._____          _____
                                                                                                        Foreperson

UNITED STATES DISTRICT CURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
GEORGE FOSTER-BEY
    Plaintiff,

    v.                                       Civil No. 3:02CV00618 (MRK)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant.
-------------------------------------------------------X

## **COUNT ONE – VERDICT FORM**

    We the Jury, duly impaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff, George Foster-Bey, against the United States Postal Service. We find that the Plaintiff is entitled to compensatory damages of $_____ on Count One.

1._____    7._____

2._____    8._____

3._____    9._____

4._____    10._____

5._____    11._____

6._____    _____
                                                                         Foreperson