UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

GEORGE FOSTER-BEY
    Plaintiff,

v.                              Civil No. 3:02CV00618 (MJK)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,    March 2, 2004
    Defendant

-------------------------------------------------------X

### DEFENDANT'S SUPPLEMENT TO JOINT TRIAL MEMORANDUM

Defendant, John E. Potter, Postmaster General, United States Postal Service, moves to substitute for Defendant's Exhibit 522 a short videotape which Defendant proposes to use as an aid to the testimony of a witness, maintenance mechanic, John Georgian. Mr. Georgian will testify concerning a large mail processing machine called a Small Parcel Bundle Sorting Machine, and in particular, his movements and actions in and around the machine on one of the dates which is the subject of this civil action. The videotape consists of an overview of the machine; a second segment demonstrates Mr. Georgian's movements and actions in relation to the machine that night. Mr. Georgian will testify that the video fairly and accurately depicts the machine as it was in February 2001. The video will aid the jury to understand his testimony.

Plaintiff's counsel was consulted on today's date, and objects to this exhibit as untimely.

Although Defendant did not submit this video at the time of filing the Joint Trial Memorandum in February, Defendant did serve Plaintiff with the overview portion of the tape on February 11, 2004, and the second segment of the tape will be served on

Plaintiff's counsel with this Supplement.  Defendant was not able to arrange to

videotape the second segment until March 1, 2004.  As the trial date is April 8, 2004,

Plaintiff should not be unduly surprised or otherwise prejudiced by the timing of this

Supplemental Exhibit.

                        Respectfully submitted,

                        KEVIN J. O'CONNOR,

                        UNITED STATES ATTORNEY,


                        Anna Crawford

        BY:       Anna V. Crawford
                        Special Assistant U.S. Attorney
                        Northeast Area Law Office, USPS
                        8 Griffin Road North
                        Windsor, CT 06006-0170
                        Tel. (860) 285-7309
                        Federal Bar No. ct01394

2

**CERTIFICATE OF SERVICE**

I certify that Defendant's Supplement was sent to the following by prepaid First Class Mail on March 2, 2004:


J. Martyn Philpot, Esq., and
Marc L. Glenn, Esq.
Law Office of J. Martyn Philpot, Jr., LLC
409 Orange St.
New Haven, CT 06511

Douglas Morabito
Assistant U.S. Attorney
U.S. Attorney's Office
District Of Connecticut
157 Church St  23rd Fl
Po Box 1824
New Haven, CT  06508-1824


Anna V. Crawford