UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

MAR 12  11 01 AM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

|  |  |  |
|---|---|---|
| George Foster-Bey | ) | Case No. 3:02CV00618(MRK) |
|  | ) |  |
| v. | ) |  |
| John E. Potter, | ) | Notice of Manual Filing |
| Postmaster General | ) |  |
| United States Postal | ) | March 12, 2004 |
| Services |  |  |

    Please take notice that Plaintiff, Feorge Foster-Bey has manually filed the following document or thing

    Objection to Supplement to Joint Trial Memorandum

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                  Respectfully submitted,

                                  Marc L. Glenn
                                  Law Office of
                                  W. Martyn Philpot, Jr., LLC
                                  409 Orange Street
                                  New Haven, CT 06511
                                  Phone: (203) 624-4666
                                  Fax: (203) 624-5050
                                  E-mail: philpot.law@snet.net
                                  ct21369

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| George Foster-Bey ) | Case No. 3:02CV00618(MRK) |
| v. ) | |
| John E. Potter, ) | Notice of Manual Filing |
| Postmaster General ) | |
| United States Postal ) | March 12, 2004 |
| Services | |

     Please take notice that Plaintiff, Feorge Foster-Bey has manually filed the following document or thing

     Objection to Supplement to Joint Trial Memorandum

This document has not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                      Respectfully submitted,

                                      Marc L. Glenn
                                      Law Office of
                                      W. Martyn Philpot, Jr., LLC
                                      409 Orange Street
                                      New Haven, CT 06511
                                      Phone: (203) 624-4666
                                      Fax: (203) 624-5050
                                      E-mail: philpot.law@snet.net
                                      ct21369