CT/evmhrg (January 10, 2002)

HONORABLE **M. R. Kravitz**
DEPUTY CLERK **K. Ghilardi** RPTR/ERO/TAPE **Thea**

TOTAL TIME: ___ hours **58** minutes

DATE **March 30, 2004**   START TIME **11:08**   END TIME **12:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Foster-Bey**

vs.

**Potter, et al**

CIVIL NO. **3:02cv618MRK**

§
§
§   **W. Martyn Philpot, Jr.**
§        Plaintiff's Counsel
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§   **Anna V. Crawford**
         Defendants' Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing         ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... #___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...      Oral Motion _____  ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ ......                                                   ☐ filed ☐ docketed
☑ ...... **Pretrial Conference**                           ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......                                                   ☐ filed ☐ docketed
☐ ......      _____ Hearing continued until _____ at _____