CT/cvmhrg (January 10, 2002)

HONORABLE **Mark R. Kravitz**
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Thea**

TOTAL TIME: ___ hours **10** minutes

DATE **4/1/2004**   START TIME **10:03**   END TIME **10:13**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Foster-Bey**

vs.

**Potter, et al**

CIVIL NO. **3:02cv618mrk**

Plaintiffs Counsel: **W. Martyn Philpot, Jr.**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Anna V. Crawford**

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☑ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

Motion lines — granted / denied / advisement (all unchecked)
Oral Motion lines — granted / denied / advisement (all unchecked)

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☑ **Pretrial / settlement hrg.**

Hearing continued until _____ at _____