UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

GEORGE FOSTER-BEY
    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant

-----------------------------------------------------------X

FILED
Apr 30   3 05 PM '04
U.S. DISTRICT COURT

CIVIL ACTION NO:
3: 02CV00618 (MRK)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant and Plaintiff respectfully request that the Court dismiss this action with prejudice as the parties have mutually agreed to resolve this civil action.

Dated: April 30, 2004

_____
FOR PLAINTIFF,
W. Martyn Philpot, Jr., ct05747
Law Offices of W. Martyn Philpot, LLC
409 Orange Street
New Haven, CT 06511
phone: (203) 624-4666
e-mail: Philpot.law@snet.net

_____
FOR DEFENDANT,
KEVIN J. O'CONNOR,
United States Attorney, by
Anna V. Crawford ct 01394
Special Assistant U.S. Attorney
Northeast Area Law Department USPS
8 Griffin Road North
Windsor, CT 06006-0170
phone: (860) 285-7309
e-mail: Anna.V.Crawford@usps.gov

**SO ORDERED**
**UNITED STATES DISTRICT COURT**

2

I certify that a copy of the Stipulation of Dismissal was mailed by First Class Mail on April 30 2004 to the following counsel of record:

Douglas Morabito
Assistant United States Attorney
District of Connecticut
450 Main St., Rm. 328
Hartford, CT 06103-3002

Anna V. Crawford
Special Assistant U.S. Attorney
USPS Northeast Area Office
8 Griffin Road North
Windsor, CT 06006-0170

_____W. May Cupor_____