**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**GEORGE FOSTER-BEY**

**V.**                                        **Case Number: 3:02-cv-618MRK**

**JOHN E. POTTER, ET AL**

### ORDER

_____The Stipulation for Dismissal of Case, Doc. # 63, is hereby

**ORDERED ACCORDINGLY.**


Dated at New Haven, Connecticut, May 3, 2004.


                        KEVIN F. ROWE, CLERK


                        By: _____
                            Joanne Pesta
                            Deputy Clerk